UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:                          Case No. 99-46202

ROBERT YOUNG                      Chapter 13 Proceedings

Debtor(s).                            Hon. Thomas J Tucker
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor Name and account number | Court Clm.# | Trustee Clm # | Class of Clm | Check # | Amt. Of Check |
|---|---|---|---|---|---|
| ROBERT YOUNG<br>19929 FAIRPORT<br>DETROIT, MI 48205<br>ACCT: XXX-XX-4339 | N/A | N/A | DEBTOR REFUND | 880773 | 2,092.48 |
| Total | | | | | 2,092.48 |

Dated: November 30, 2006      /s/Tammy L. Terry, Standing
                                       Chapter 13 Trustee
                                       535 Griswold, Ste. 2100
                                       Detroit, MI 48226
                                       (313) 967-9857

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In the Matter of: | Case No. 99-46202 |
| ROBERT YOUNG | Chapter 13 Proceedings |
| Debtor(s). | Hon. Thomas J Tucker |
| _____/ | |

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Dated: November 30, 2006**  **/s/Tammy L. Terry, Standing Chapter 13 Trustee**
**535 Griswold, Ste. 2100**
**Detroit, MI 48226**
**(313) 967-9857**

**Copies to:**

**Assistant U.S. Trustee**  **Debtor**  **Attorney for Debtor**
**Marion J. Mack, Jr.**
Attachment



OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

